**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 105 MM 2017 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JEFFREY ALAN GLOSSNER | : | |
| | : | |
| | : | |
| PETITION OF: C. ROCCO ROSAMILIA, III, ESQUIRE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of October, 2017, the Application to Withdraw as Counsel is DISMISSED. The attorney had not represented Petitioner in the Superior Court action from which Petitioner has filed his *pro se* Petition for Allowance of Appeal.

The Prothonotary is DIRECTED to determine whether the Petition for Allowance of Appeal has been perfected and, if it has, to docket it for this Court's consideration.